FILED: October 18, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4992
(7:10-cr-00068-GEC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

BRUCE JAMES ABRAMSKI, JR.

        Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Roanoke |
| Originating Court Case Number | 7:10-cr-00068-GEC-1 |
| Date notice of appeal filed in originating court | 10/11/2011 |
| Appellant(s) | Bruce James Abramski, Jr. |
| Appellate Case Number | 11-4992 |
| Case Manager | Michael Radday<br>804-916-2702 |