# WILLIAM H. CLEAVELAND, PLC
ATTORNEY AT LAW

TELEPHONE: 540 591.5959  
FACSIMILE: 540 591.5909

WILLIAM H. CLEAVELAND, ESQ.  
BRANDON O. NESTER, ESQ.

40 BRITISH WOODS DRIVE  
SUITE 101  
ROANOKE, VIRGINIA 24019

EMAIL:  
bill.cleaveland@cleavelandlaw.com  
brandonn@cleavelandlaw.com  
WEBSITE:  
www.cleavelandlaw.com

October 25, 2011

Ms. Patricia S. Conner, Clerk  
U.S. Court of Appeals for the Fourth Circuit  
Lewis F. Powell Jr. U.S. Courthouse Annex  
1100 East Main Street, Suite 501  
Richmond, Virginia 23219-3517

VIA FIRST CLASS MAIL  
with Copy Hand Delivered

Re: USA V. Bruce J. Abramski, Jr.        11-4992

Dear Ms. Conner:

I am writing this letter on behalf of Mr. Abramski, Jr. to ask that I be appointed to represent him in his pending appeal. I was the trial lawyer in his case. He parents had retained me to represent Mr. Abramski for trial, but they no longer are able to carry the financial burden. Except for a brief time in the summer of 2011, Mr. Abramski has been unemployed since the summer of 2010 and to my knowledge, as confirmed by his application, he has no assets sufficient to retain counsel at this time.

I am familiar with the facts of the case, and the legal issues that are the subject of the appeal. I believe I can effectively and efficiently represent Mr. Abramski on this appeal if given the opportunity. I have enclosed an original CJA23 executed by Mr. Abramski for submission.

Thank you for your consideration. If you have any questions, please contact me at your convenience.

With kindest regards, I am

Very truly yours,

William H. Cleaveland

WHC:dlp  
Enclosure  
Cc: Mr. Bruce J. Abramski, Jr.