# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal) filed** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the entry **docketing statement objection/correction filed**.

| Appeal No. & Caption | 11-4992 U.S.A. v. Bruce James Abramski, Jr. |
|---|---|
| Originating No. & Caption | 7:10-cr-00068-GEC-1 U.S. v. Bruce James Abramski, Jr. |
| District Court & Judge | Western District of VA, Roanoke / Honorable Glen C. Conrad |

| Jurisdiction (answer any that apply) | | |
|---|---|---|
| Date of entry of order/judgment appealed from | 10/04/2011 | |
| Date this notice of appeal filed | 10/11/2011 | |
| If cross appeal, date first notice of appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final order or judgment? | ● Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| Transcript (transcript order & CJA 24 must be attached if transcript not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ● Yes | ○ No |
| Has transcript been filed in district court? | ○ Yes | ● No |
| Is transcript order attached? | ● Yes | ○ No |
| (For CJA counsel) Is CJA 24 attached? | ● Yes | ○ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⊙ No |
| | If yes, motion to expedite must be filed. | |

**Issues** (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.)

See attachment.

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Bruce J. Abramski, Jr.<br>Address: 2260 Highland Farm Road<br>Calloway, Virginia 24067 | Name: William H. Cleaveland, Esquire<br>Address: WILLIAM H. CLEAVELAND, PLC<br>40 British Woods Drive, Suite 101<br>Roanoke, Virginia 24019 |
| E-Mail: solidrock16@aol.com | E-Mail: bill.cleaveland@cleavelandlaw.com |
| Phone: 540-482-0527 | Phone: 540-591-5959 |

| Certificate of Service: I certify that on  November 10, 2011  the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below: ||
|---|---|
| Donald Ray Wolthuis<br>310 First Street, S.W., Room 906<br>P. O. Box 1709<br>Roanoke, VA  24008-1709<br>donald.wolthuis@usdoj.gov | Ashley Brooke Neese<br>310 First Street, S.W., Room 906<br>P. O. Box 1709<br>Roanoke, VA  24008-1709<br>ashley.neese@usdoj.gov |
| Signature:  /s/ William H. Cleveland | Date: November 10, 2011 |

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DOCKETING STATEMENT--CRIMINAL CASES

**Attachment**

Non-Binding Statement of Issues to Raise on Appeal:

This is a case of first impression. The defendant contends that since the transfer of the firearm to his uncle in Pennsylvania was a legal transfer, his answer to question 11(a) was not material.

1. Because the transfer papers acknowledge the defendant as the legal owner of the pistol, and able to conduct the transfer, his answer to question 11(a) on the 4473 form was not false;

2. The legal transfer in Pennsylvania to the defendant's uncle De Facto established that the purchase in Virginia was not a "straw purchase", intended to be prohibited under the statute;

3. The Code Section 18 USC 922(a)(6) and 924(a)(2) were not intended to punish the conduct established by the defendant in this case;

4. The trial court erred in denying the defendant's Motions to Suppress evidence of the receipt written by the defendant's uncle to the defendant, which documented the transfer of the firearm on November 17, 2009; and

5. The trial court erred in denying the defendant's first and second Motions to Dismiss, for lack of materiality as previously stated, and the failure of the government to establish that the statutory authorities cited by the government had properly and lawfully criminalized the conduct for which the defendant was charged under §18 USC 922(a)(6) and 924(a)(2).

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style <u>U.S.A. v. Bruce J. Abramski, Jr.</u>
Dist. Ct. No. <u>7:10-cr-00068-GEC</u>          District <u>Western District</u>
Date Notice of Appeal filed <u>10/18/11</u>          Court of Appeals No. <u>11-4992</u>
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) <u>Janelle Mundy</u>
Address of Reporter <u>P. O. Box 8206, Roanoke, Virginia  24006</u>

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In <u>Anders</u> appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the <u>Judicial Conference Policy on Privacy and Public Access to Electronic Case Files</u>. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A.   This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

**PROCEEDING**                                    **HEARING DATE(S)**

☐ Voir Dire                                      <u>6/27/2011</u>
☐ Opening Statement (Plaintiff)
☐ Opening Statement (Defendant)
☐ Closing Argument (Plaintiff)
☐ Closing Argument (Defendant)
☐ Opinion of Court
☐ Jury Instructions
☐ Sentencing
☐ Bail Hearing
☒ Pre-Trial Proceedings (specify)
   <u>Motions</u>
☐ Testimony (specify)
   _____
☐ Other (specify)
   <u>Guilty Plea Hearing</u>

**TOTAL ESTIMATED PAGES** _____

B.   I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
   ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
   ☒ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
   ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
   ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
   ☐ Federal Public Defender - no CJA 24 Form necessary.
   ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature <u>/s/ William H. Cleaveland</u>          Typed name <u>William H. Cleaveland</u>
Address <u>40 British Woods Drive, Suite 101, Roanoke, Virginia  24019</u>
Telephone No. <u>(540) 591-5959</u>          Date Sent to Reporter <u>11/1/11</u>

CAD
08/05/2011

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 91/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant  ☒ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE (See Instructions) TD |

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED NOV 03 2011 JULIA C. DOOLEY, CLERK BY: /s/ DEPUTY CLERK

11. OFFENSE(S) CHARGED: 18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
6/27/2011 Motion Hearing as to Bruce James Abramski Jr.; Motion to Continue; Motion to Compel; Motion to Suppress and Dismiss Pending Indictments

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

/s/ William H. Cleaveland   11/1/11
Signature of Attorney   Date
William H. Cleaveland
Printed Name
Telephone Number: (540) 591-5959
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

/s/ Glen Conrad
Signature of Presiding Judge or By Order of the Court
11-3-11
Date of Order     Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | TOTAL AMOUNT CLAIMED: | | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee   Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk   Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT   24. AMOUNT APPROVED

Signature of Judge or Clerk of Court   Date

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style <u>U.S.A. v. Bruce J. Abramski, Jr.</u>
Dist. Ct. No. <u>7:10-cr-00068-GEC</u>       District <u>Western District</u>
Date Notice of Appeal filed <u>10/18/11</u>       Court of Appeals No. <u>11-4992</u>
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) <u>Carol Jacobs</u>
Address of Reporter <u>U.S. District Court, 210 Franklin Road, S.W., Room 540 Roanoke, Virginia 24011-2204</u>

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In <u>Anders</u> appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the <u>Judicial Conference Policy on Privacy and Public Access to Electronic Case Files</u>. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | 12/14/2010 |
| ☐ Opening Statement (Plaintiff) | 3/28/2011 |
| ☐ Opening Statement (Defendant) | 4/22/2011 |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☑ Bail Hearing | |
| ☑ Pre-Trial Proceedings (specify) <u>Motions</u> | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

TOTAL ESTIMATED PAGES _____

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
   ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
   ☑ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
   ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
   ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
   ☐ Federal Public Defender - no CJA 24 Form necessary.
   ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature <u>/s/ William H. Cleaveland</u>       Typed name <u>William H. Cleaveland</u>
Address <u>40 British Woods Drive, Suite 101, Roanoke, Virginia 24019</u>
Telephone No. <u>(540) 591-5959</u>       Date Sent to Reporter <u>11/1/11</u>

CAD
08/05/2011

Case 7:10-cr-00068-GEC Document 122 Filed 11/03/11 Page 1 of 3
CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | 6. OTHER DKT. NUMBER BY: | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) TD | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
12/14/2010 Motion Hearing as to Bruce James Abramski Jr.; Motion for Reconsideration

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
---|---
A. Apportioned Cost ___ % of transcript with (Give case name and defendant) |
B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited |
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions |
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. |

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: *[signature]* Date: 11/1/11
William H. Cleaveland — Printed Name
Telephone Number: (540) 591-5959
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court
Date of Order: 11-3-11  Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

**TOTAL AMOUNT CLAIMED:**

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ___ Date ___

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ___ Date ___

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED
---|---
Signature of Judge or Clerk of Court ___ Date ___ |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 03 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) TD | |

11. OFFENSE(S) CHARGED: 18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
3/28/2011 Motion Hearing as to Bruce James Abramski Jr.; Motion to Continue; Motion in Limine; Motion for Exculpatory Evidence; Motion for Bill of Particulars

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS
A. Apportioned Cost ____ % of transcript with (Give case name and defendant)
B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited
C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation; I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

/s/ William H. Cleaveland    11/1/11
Signature of Attorney    Date
William H. Cleaveland
Printed Name
Telephone Number: (540) 591-5959
☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

/s/ [Judge signature]
Signature of Presiding Judge or By Order of the Court
11-3-11
Date of Order    Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ____    Date ____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ____    Date ____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT    24. AMOUNT APPROVED

Signature of Judge or Clerk of Court ____    Date ____

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 03 2011
C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) TD BY: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
4/22/2011 Motion Hearing as to Bruce James Abramski Jr.; Motion to Dismiss; Motion for Exculpatory Evidence; Motion in Limine

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS

A. Apportioned Cost ___ % of transcript with (Give case name and defendant)

B. ☐ 14-Day ☐ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: /s/ William H. Cleaveland   Date: 11/6/11
Printed Name: William H. Cleaveland
Telephone Number: (540) 591-5959
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court
Date of Order: 11-3-11   Nunc Pro Tunc Date: ___

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: ___

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ___   Date ___

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ___   Date ___

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

Signature of Judge or Clerk of Court ___   Date ___

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style <u>U.S.A. v. Bruce J. Abramski, Jr.</u>
Dist. Ct. No. <u>7:10-cr-00068-GEC</u>     District <u>Western District</u>
Date Notice of Appeal filed <u>10/18/11</u>     Court of Appeals No. <u>11-4992</u>
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) <u>Judy Webb</u>
Address of Reporter <u>U.S. District Court, 210 Franklin Road, S.W., Room 540 Roanoke, Virginia 24011-2204</u>

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In <u>Anders</u> appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the <u>Judicial Conference Policy on Privacy and Public Access to Electronic Case Files</u>. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | 3/14/2011 |
| ☐ Opening Statement (Plaintiff) | 6/29/2011 |
| ☐ Opening Statement (Defendant) | 10/3/2011 |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | |
| ☐ Bail Hearing | |
| ☑ Pre-Trial Proceedings (specify) Motions | |
| ☐ Testimony (specify) | |
| ☑ Other (specify) Guilty Plea Hearing | |

**TOTAL ESTIMATED PAGES** _____

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
  ☐ Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
  ☑ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
  ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
  ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
  ☐ Federal Public Defender - no CJA 24 Form necessary.
  ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _/s/ William H. Cleaveland_ Typed name William H. Cleaveland
Address <u>40 British Woods Drive, Suite 101, Roanoke, Virginia 24019</u>
Telephone No. <u>(540) 591-5959</u>     Date Sent to Reporter <u>11/1/11</u>

CAD
08/05/2011

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant  ☑ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other | 10. REPRESENTATION TYPE (See Instructions) TD | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

CLERK'S OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED
NOV 03 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
3/14/2011 Motion Hearing as to Bruce James Abramski Jr.; Motion in Limine; Motion to Suppress; Motion for Bill of Particulars

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost   % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: /s/ William H. Cleaveland   Date: 11/1/11

Printed Name: William H. Cleaveland
Telephone Number: (540) 591-5959
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court: /s/
Date of Order: 11-3-11   Nunc Pro Tunc Date:

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct; and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee   Date

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk   Date

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT   24. AMOUNT APPROVED

Signature of Judge or Clerk of Court   Date

Case 7:10-cr-00068-GEC Document 121 Filed 11/03/11 Page 2 of 3

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | Bruce James Abramski, Jr. | | |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| | 7:10-cr-00068-GEC | 11-4992 | |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| U.S. v. Bruce J. Abramski Jr. | ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
6/29/2011 Guilty Plea Hearing; Plea entered by Bruce James Abramski Jr.

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
A. Apportioned Cost _____ % of transcript with (Give case name and defendant)
B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_/s/ William H. Cleaveland_ 11/1/11
Signature of Attorney         Date
William H. Cleaveland
Printed Name
Telephone Number: (540) 591-5959
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_/s/_
Signature of Presiding Judge or By Order of the Court
11-3-11
Date of Order        Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____ Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

Signature of Judge or Clerk of Court _____ Date _____

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 03 2011

JULIA C. DUDLEY
BY /s/
DEPUTY CLERK

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED Bruce James Abramski, Jr. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 7:10-cr-00068-GEC | 5. APPEALS DKT./DEF. NUMBER 11-4992 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S. v. Bruce J. Abramski Jr. | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE (See Instructions) TD |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18 U.S.C. §922(a)(6); 18 U.S.C. §924(a)(1)

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
U.S.A. v. Bruce James Abramski, Jr. Appeal to 4th Circuit

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
10/3/2011 Sentencing for Bruce James Abramski Jr.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*/s/ William H. Cleaveland*  11/1/11
Signature of Attorney         Date
William H. Cleaveland
Printed Name  (540) 591-5959
Telephone Number
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

*/s/*
Signature of Presiding Judge or By Order of the Court
11-3-11
Date of Order              Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judge or Clerk of Court _____ Date _____ | |