UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4992
_____

UNITED STATES OF AMERICA,

    Appellee,

v.

BRUCE JAMES ABRAMSKI, JR.,

    Appellant.

_____

MOTION FOR EXTENSION
_____

COMES now the Appellant, Bruce Abramski, Jr., by counsel pursuant to Rule 31(c), and respectfully moves this Honorable Court for an extension of time within which to file the joint appendix and his opening brief. In support of said motion, counsel would represent the following:

1. The Appellant appeals from a ruling of the District Court rendered on October 3, 2011. This matter is a case of first impression, given the application of facts to the allegation of a violations of 18 U.S.C. Sections 922(a)(6) and 924(a)(1)(A).

2. The scheduling order was issued in mid December. Since that time, counsel was involved in a multiday criminal jury that concluded December 22, 2011, in addition to the normal demands of a small litigation/criminal defense practice.

3. With the Holiday season, counsel found himself in early January, when he became ill for a period of nearly 10 days. Counsel had fully intended to file a motion for an extension at an earlier date, given what he knew was going to be a very hectic period at the firm. This illness contributed to counsel's failures.

4. Finally, and most embarrassingly, counsel's internal "tickler" system for the deadlines associated with this matter simply failed. Counsel takes full responsibility for this error, however, the net effect of this failure was that counsel did not realize until Sunday the 15th of January, that both the Appendix and the opening brief were due on Tuesday the 17th of January.

5. With Monday, the 16th being a Federal holiday, this error was compounded as counsel could not remedy the matter at any level before this morning, January 17, 2012.

WHEREFORE, counsel for the appellant, respectfully requests this Honorable Court to extend the deadline for filing the joint appendix and his

opening brief until Tuesday, January 31, 2012. Counsel previously discussed this matter with the government, and government having no objection.

>Respectfully Submitted,
>
>BRUCE J. ABRAMSKI, JR.
>
>By:   /s/William H. Cleaveland
>          Of Counsel

William H. Cleaveland (VSB 18302)
WILLIAM H. CLEAVELAND, PLC
40 British Woods Drive, Suite 101
Roanoke, Virginia  24019
540-591-5959 Telephone
540-591-5909 Facsimile
bill.cleaveland@cleavelandlaw.com
Counsel for Appellant

## CERTIFICATE OF FILING

I hereby certify that I have this 17th day of January, 2012, electronically filed this motion electronically using the CM/ECF system, which will send notification of such filing to Donald R. Wolthuis, Esquire, Assistant U.S. Attorney.

.

>  /s/ William H. Cleaveland