FILED: January 17, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4992
(7:10-cr-00068-GEC-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

BRUCE JAMES ABRAMSKI, JR.

      Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Opening brief and Joint Appendix due: 01/31/2012

Response brief due: 02/23/2012

Any reply brief: 10 days from service of response brief.

                                      For the Court--By Direction

                                      /s/ Patricia S. Connor, Clerk