UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4992
_____

UNITED STATES OF AMERICA,

    Appellee,

v.

BRUCE JAMES ABRAMSKI, JR.,

    Appellant.

_____

MOTION FOR SECOND EXTENSION
_____

COMES now the Appellant, Bruce Abramski, Jr., by counsel pursuant to Rule 31(c), and respectfully moves this Honorable Court for an extension of time within which to file the joint appendix and his opening brief. In support of said motion, counsel would represent the following:

1. The Appellant appeals from a ruling of the District Court rendered on October 3, 2011. This matter is a case of first impression, given the application of facts to the allegation of a violations of 18 U.S.C. Sections 922(a) (6) and 924(a) (1) (A).

2. This Court graciously granted the appellant a two week extension, based upon his motion of January 17, 2012. The appellant's brief and joint appendix is now due Tuesday, January 31, 2012.

3. Since the extension was granted, counsel for the defendant has been diligent in working on the appeal brief and arranging the compilation of the joint appendix.

4. Unfortunately, counsel, in requesting a two week extension underestimated the demands of obligations to other courts that have required additional time away from the work needed on the appeal. Specifically, counsel is representing a defendant in a murder case in which a legitimate insanity defense exists. However, the "insanity" issue affects the legitimacy of a search and subsequent interrogation of the defendant which is being litigated. There have been multiple hearings on a motion to suppress and it has been reset yet again during this time. This is just one example of an unexpected commitment that has occurred, in addition to the normal demands of a small litigation/criminal defense practice.

5. Counsel had consulted with counsel for the government, Mr. Tom Booth about this request, and he has no objection to the grant of a second extension.

WHEREFORE, counsel for the appellant, respectfully requests this Honorable Court to extend the deadline for filing the joint appendix and his opening brief until Tuesday, February 14, 2012.  As stated herein, Counsel previously discussed this request with the government, and government has no objection.

>Respectfully Submitted,
>
>BRUCE J. ABRAMSKI, JR.
>
>By:   /s/William H. Cleaveland
>          Of Counsel

William H. Cleaveland (VSB 18302)
WILLIAM H. CLEAVELAND, PLC
40 British Woods Drive, Suite 101
Roanoke, Virginia  24019
540-591-5959 Telephone
540-591-5909 Facsimile
bill.cleaveland@cleavelandlaw.com
Counsel for Appellant

### CERTIFICATE OF FILING

I hereby certify that I have this 30th day of January, 2012, electronically filed this motion electronically using the CM/ECF system, which will send notification of such filing to Donald R. Wolthuis, Esquire, Assistant U.S. Attorney and to Tom Booth, Esquire, counsel for the government.

.

>  /s/ William H. Cleaveland