NO. 11-4992
───────────────────────────────────────────────

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
───────────────────────────────────────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRUCE J. ABRAMSKI, JR.,

Defendant - Appellant.
───────────────────────────────────────────────

**MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX**
───────────────────────────────────────────────

COMES NOW, William H. Cleaveland, counsel for Defendant-Appellant, Bruce J. Abramski, Jr., pursuant to Fourth Circuit Local Rule 27(b) and moves this Honorable Court for leave to file an oversize Joint Appendix in this case. In support of said motion, counsel states as follows:

1. The Joint Appendix, including entries by both sides is 610 pages;

2. The Joint Appendix exceeds the 500 page limit;

3. This appeal is the result of a criminal conviction that rests upon a unique application of facts to a question of law. The fact pattern was complicated by the fact that the government's case was intertwined with evidence gleaned from an in investigation of the appellant for a bank

robbery. The result was that a number of hearings were held on motions to address the unique fact situation, and to resolve many evidentiary matters pretrial. This information is necessary to refer to in the appellant's brief, to provide the context for the Circuit Court. The trial transcripts and exhibits in these hearings are lengthy;

4. The contents of the Joint Appendix, are necessary to the disposition of the merits of this appeal; and

5. Pursuant to Fourth Circuit Local Rule 27(a), counsel for appellant notified Thomas Booth, Special Assistant United States Attorney, by email regarding the appellant's intent to file this motion. Mr. Booth has responded by reply e-mail that he has no objection to this request to file an expanded joint appendix.

WHEREAS, the Joint Appendix exceeds the 500-page limit; and, the content of the Joint Appendix is necessary to the disposition of this case;

WHEREFORE, Bruce J. Abramski, Jr., by counsel respectfully requests that this Honorable Court grant his Motion for Leave to File an Oversize Joint Appendix of 610 pages, excluding covers.

Respectfully Submitted,

BRUCE JAMES ABRAMSKI, JR.

By     /s/ William H. Cleaveland

William H. Cleaveland
WILLIAM H. CLEAVELAND, PLC
40 British Woods Drive, Suite 101
Roanoke, Virginia  24019
540-591-5959 Telephone
540-591-5909 Facsimile
Bill.cleaveland@cleavelandlaw.com
Counsel for Appellant

February 15, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of February, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Donald Ray Wolthuis
Thomas Booth
Ashley Brooke Neese
310 First Street, S.W., Room 906
P. O. Box 1709
Roanoke, Virginia  24008-1709
donald.wolthuis@usdoj.gov