IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| United States of America,<br>    Appellee,<br><br>    v.<br><br>Bruce J. Abramski,<br>    Appellant. | No. 11-4992 |

GOVERNMENT MOTION FOR AN EXTENSION
OF TIME TO FILE BRIEF

The United States moves the Court for a 29-day extension of time, to and including April 6, 2012, within which to file its brief. The government's brief is currently due on March 8, 2012. The reasons for this request are as follows:

The United States Attorney transferred this case to the Department of Justice for briefing and argument. I have been assigned to write the government's brief. I was not the trial attorney and was unfamiliar with the record when the case was first assigned to me.

The defendant filed his brief on February 14, 2012. The brief raises two illegal search or seizure issues, and two issues regarding the sufficiency of the indictment. At the time of filing, I was working on other appeal matters with earlier due

1

dates. I have read the record and begun work on the case, but I will have to interrupt that work because I am due to present oral argument in United States v. Fulks, No. 11-3, a capital case, and United States v. Thomas, No. 11-4398, in this Court on March 20 and March 21, 2012. I anticipate that I can finish my draft brief by the end on March. Additional time will be necessary for editing and supervisory review.

    William H. Cleaveland, counsel for the defendant, consents to this extension.

    Wherefore, the United States requests that the Court extend the government's time to file its brief to and including April 6, 2012.

/s/_____
THOMAS E. BOOTH
Attorney
Department of Justice

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed a copy of this motion for an extension of time to opposing counsel via the Court's CM/ECF system. Opposing counsel is:

William H. Cleaveland

Date: February 27, 2012       /s/_____
                              THOMAS BOOTH
                              Attorney
                              Appellate Section
                              Criminal Division
                              Department of Justice
                              950 Pa. Avenue; Room 1511
                              Washington, D.C. 20530
                              (202) 514-5201
                              Fax: 202.305-2121
                              thomas.booth@usdoj.gov