# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. _____  Caption: _____

---

Argument Session For Which You Are Scheduled:

Dates You Are Available To Argue in the Session (if any):

Other Relevant Information:




Party(ies) Represented:

Counsel:

---

I, _____, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:




_____  _____
Date  Signature