**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

| Patricia S. Connor | Telephone |
| Clerk | 804-916-2700 |

August 10, 2012

_____

TENTATIVELY CALENDARED CASE CONTINUED
_____

No. 11-4992,   <u>US v. Bruce Abramski, Jr.</u>
           7:10-cr-00068-GEC-1

TO: Counsel

You were previously notified of the tentative assignment of this case to an oral argument session. For scheduling reasons, your case has been continued. You will receive further notice from the court as soon as your case is assigned to another argument session.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705