# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 11-4992

UNITED STATES OF AMERICA,

    Appellee,

v.

BRUCE JAMES ABRAMSKI, JR.,

    Appellant.

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES now the Appellant, Bruce Abramski, Jr., by counsel, and respectfully moves this Honorable Court to substitute Rhonda Overstreet, Esquire, for William H. Cleaveland, Esquire, as counsel for him in the pending appeal. In support of said motion, counsel would represent the following:

1. The Appellant appeals from a ruling of the District Court rendered on October 3, 2011. This matter is a case of first impression, given the application of facts to the allegation of a violations of 18 U.S.C. Sections 922(a)(6) and 924(a)(1)(A).

2. Present counsel, William H. Cleaveland, has handled the appeal process since his appointment in the fall of 2011. He prepared the opening brief and

the reply to the Government's response. The matter having previously been set for oral argument during the October 4th, 2012 session has now been continued until the December, 2012, argument session.

3. William H. Cleaveland is a candidate for a career change. If this change occurs, it could take place as early as October, 2012. Counsel is concerned that in order to assure that the Appellant's interests are protected, and new counsel has adequate time to prepare for oral argument, that the motion for substitution should be made sooner, rather than later in the fall.

4. Cleaveland has known Ms. Overstreet for many years; she is a competent attorney who has handled many criminal trials, and appeals, and she is presently admitted to practice before the United States Court of Appeals for the Fourth Circuit.

Ms. Overstreet's contact information is:

>Rhonda L. Overstreet (VSB 35717)
>OVERSTREET SLOAN, PLLC
>806 East Main Street, Suite 101
>Bedford, Virginia 24523
>540-597-1024 Telephone
>540-491-2500 Facsimile
>rhonda@overstreetsloan.com

WHEREFORE, counsel for the Appellant, respectfully requests this Honorable Court to substitute Rhonda Overstreet, Esquire, Overstreet Sloan, PLLC, 806 East Main Street, Suite 101, Bedford, Virginia 24523, for his present

counsel, William H. Cleaveland, Esquire, 40 British Woods Drive, Suite 101, Roanoke, Virginia 24019, counsel for him in order to conclude the remaining obligations attendant to his appeal. Counsel previously discussed this matter with the government, and government has no objection to this motion.

>Respectfully Submitted,
>
>BRUCE J. ABRAMSKI, JR.
>
>By: /s/William H. Cleaveland
>Of Counsel

William H. Cleaveland (VSB 18302)
WILLIAM H. CLEAVELAND, PLC
40 British Woods Drive, Suite 101
Roanoke, Virginia 24019
540-591-5959 / 540-591-5909 Facsimile
bill.cleaveland@cleavelandlaw.com
Counsel for Appellant

## CERTIFICATE OF FILING

I hereby certify that I have this 27th day of August, 2012, electronically filed this motion electronically using the CM/ECF system, which will send notification of such filing to Thomas Booth, Esquire and Donald R. Wolthuis, Esquire, Assistant U.S. Attorney.

>/s/ William H. Cleaveland