**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 28, 2012

_____

RESPONSE REQUESTED

_____

No. 11-4992,    US v. Bruce Abramski, Jr.
                7:10-cr-00068-GEC-1

TO:    Rhonda Lee Overstreet

RESPONSE DUE: 08/31/2012

Mr. William H. Cleaveland, court-appointed counsel for the defendant/appellant has filed a motion for substitution of counsel in which he requests that the court substitute you in his stead as counsel for appellant on appeal. Please file a response by the date shown in this notice. Your electronically filed entry of appearance may serve as your response to this notice should you be willing to serve as substitute counsel in this matter.


Michael Radday, Deputy Clerk
804-916-2702