

U.S. Department of Justice

Criminal Division

*Washington, D.C. 20530*

The Honorable Patricia Connor         November 27, 2012
Clerk of Court
U.S. Court of Appeals
Fourth Circuit
1100 East Main Street
Richmond, VA 23219

       Re: <u>U.S.</u> v. <u>Bruce Abramski, Jr.</u>, No. 11-4992

Dear Ms. Connor:

    This letter is submitted pursuant to Fed. R. App. P. 28(j). An issue in this case is whether a defendant makes a false statement in violation of 18 U.S.C. § 922(a)(6) when he purchases a firearm for a third person but states that he is the actual purchaser on a Form 4473 when the defendant and the third party are both eligible to purchase a firearm. See Gov't. Brief at 6-14.

    In <u>United States</u> v. <u>Morales</u>, 687 F.3d 697 (6th Cir. 2012), the Sixth Circuit upheld a defendant's false statement conviction under Section 922(a)(6) when he purchased a firearm for a third person but stated that he was the actual purchaser of the firearm on a Form 4473. The Sixth Circuit reasoned that the defendant's false statement as to the identity of the actual purchaser of the firearm was a material misrepresentation that violated Section 922(a)(6). 687 F.3d at 700-701.

    Oral argument is scheduled for December 4, 2012. Please distribute a copy of this letter to the judges assigned to the case.

    Thank you for your assistance in this matter.

A copy of this letter will be served on opposing counsel via the Court's ECF system.

>Yours truly,
>
>/s/
>Thomas E. Booth
>Attorney
>Appellate Section
>Criminal Division
>Department of Justice
>950 Pennsylvania Avenue
>Room 1511
>(202) 514-5201
>Thomas.Booth@usdoj.gov