

U.S. Department of Justice

Criminal Division

*Washington, D.C. 20530*

The Honorable Patricia Connor        November 29, 2012
Clerk of Court
U.S. Court of Appeals
Fourth Circuit
1100 East Main Street
Richmond, VA 23219

        Re: <u>U.S.</u> v. <u>Bruce Abramski, Jr.</u>, No. 11-4992

Dear Ms. Connor:

    This letter is submitted pursuant to Fed. R. App. P. 28(j). An issue in this case is whether a defendant makes a false statement in violation of 18 U.S.C. § 922(a)(1)(A) when he purchases a firearm for a third person but states that he is the actual purchaser on a Form 4473. See Gov't. Brief at 13-14.

    In <u>United States</u> v. <u>Johnson</u>, 680 F.3d 1140 (9th Cir. 2012), the Ninth Circuit ruled that such a false statement constitutes a violation of Section 922(a)(1)(A). The court stated: "the government need prove only that Defendant knowingly made a false statement with respect to the information required under law to be kept by federally licensed firearms dealers. On that issue, the government introduced sufficient evidence by proving that Defendant falsely identified himself as the 'actual buyer' of the firearms on the two Form 4473s." 680 F.3d at 1146.

    Oral argument is scheduled for December 4, 2012. Please distribute a copy of this letter to the judges assigned to the case.

    Thank you for your assistance in this matter.

A copy of this letter will be served on opposing counsel via the Court's ECF system.

> Yours truly,
>
> /s/
> Thomas E. Booth
> Attorney
> Appellate Section
> Criminal Division
> Department of Justice
> 950 Pennsylvania Avenue
> Room 1511
> (202) 514-5201
> Thomas.Booth@usdoj.gov