UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4992
(7:10-cr-00068-GEC-1)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

BRUCE JAMES ABRAMSKI, JR.

Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this court, entered 01/23/2013, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*