# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

June 25, 2013

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


Re:  Bruce James Abramski, Jr.
     v. United States
     No. 12-1493
     (Your No. 11-4992)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 21, 2013 and placed on the docket June 25, 2013 as No. 12-1493.


Sincerely,

**William K. Suter**, Clerk

by

Jacob C. Travers
Case Analyst