# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 16, 2014

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219



Re:  Bruce James Abramski, Jr.
     v. United States
     No. 12-1493
     (Your No. 11-4992)

Dear Clerk:

   The enclosed opinion of this Court was announced today in the above stated case.

   The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk

by

Denise McNerney
Merits Case Clerk
(202) 479-3032