# United States Court of Appeals
## for the Fourth Circuit

**Court-Appointed Counsel Worksheet - Services**

| Date | Brief Description of Services | 16(a) Interviews and Conferences | 16(b) Obtaining and Reviewing Records | 16(c) Legal Research and Brief Writing | 16(d) Travel Time | 16(e) Investigative and Other Work |
|------|------------------------------|------|------|------|------|------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **PAGE TOTAL** _____ | **SUBTOTALS:** |  |  |  |  |  |

# United States Court of Appeals
## for the Fourth Circuit

Court-Appointed Counsel Worksheet - Expenses

Page _____ of _____

Case Number _____

| Date | Brief Explanation of Expenses | Travel | Lodging | Meals | Other Travel Expenses | Copying | Postage | Toll Calls | Other Misc. Expenses |
|------|-------------------------------|--------|---------|-------|----------------------|---------|---------|-----------|----------------------|
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
|      |                               |        |         |       |                      |         |         |           |                      |
| PAGE TOTAL _____          SUBTOTALS: |        |         |       |                      |         |         |           |                      |