# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

June 26, 2014

_____

## TRANSMISSION OF
## ATTORNEY COMPENSATION VOUCHER

_____

No. 11-4992,   <u>US v. Bruce Abramski, Jr.</u>
                7:10-cr-00068-GEC-1

TO:      Judge Cleaveland

FROM:    Patty Layne, Deputy Clerk

Pursuant to our telephone conversation, attached is the Duplicate CJA 20.  Please contact me if you have any questions.