# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 18, 2014

Clerk
United States Court of Appeals
 for the Fourth Circuit
1100 East Main Street, Room 501
Richmond, Virginia  23219

      **Re:**    **Bruce James Abramski, Jr.**
             **v.  United States**
             **No.  12-1493   (Your docket No. 11-4992)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.   You may obtain a copy of the opinion by visiting our website @www.supremecourt.gov.

                                                  Sincerely,

                                                  SCOTT S. HARRIS, Clerk

                                                  By  *Elizabeth Brown*

                                                  Elizabeth Brown
                                                  Judgments/Mandates Clerk

Enc.
cc:    Richard D. Dietz, Esq.
        Solicitor General

# Supreme Court of the United States

No. 12-1493

**BRUCE JAMES ABRAMSKI, JR.,**

                            Petitioner

v.

**UNITED STATES**

       **ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

       **THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

       **ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 16, 2014



A True copy SCOTT S. HARRIS
Test
Clerk of the Supreme Court of the United States
By: [signature: Cynthia Rapp]